■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CORA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 14, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Ross, Bloom and Lynch, JJ.